UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:10-00010 |
| | ) | JUDGE CAMPBELL |
| GAIL COOKE VAN CLEAVE | ) | |

ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence (Docket No. 19) and Motion to Exclude Identifications (Docket No. 27). The Court held a hearing on the Motions on January 19, 2011. For the reasons stated from the bench, the Motions are DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE